for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Samuel H. Levy,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 196. GARRISON *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben F. Cameron* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 197. DELENDO CORPORATION (FORMERLY OLDE-TYME DISTILLERS CORPORATION) ET AL. *v.* SMOLOWE ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jay Leo Rothschild* for petitioners. *Solicitor General Fahy* and *Mr. Chester T. Lane* for the United States, respondent.

No. 199. ALFRED I. DuPONT TESTAMENTARY TRUST ET AL. *v.* OKEECHOBEE COUNTY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners.

No. 202. PAN AMERICAN AIRWAYS, INC. ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry J. Friendly* and *J. E. Yonge* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Er-*

*dahl* for the United States.

No. 203.  BARBER *v.* POWELL ET AL., RECEIVERS.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. K. R. Hoyle* for petitioner.  *Messrs. L. R. Varser* and *O. L. Henry* for respondents.

No. 204.  MEAD JOHNSON & Co. *v.* HILLMAN'S, INC.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Russell Wiles, George A. Chritton,* and *Jules L. Brady* for petitioner.  *Messrs. S. Warwick Keegin* and *William A. McSwain* for respondent.

No. 205.  CITIZENS & SOUTHERN NATIONAL BANK, CO-TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. McKibben Lane* and *Charles J. Bloch* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Joseph M. Jones* for respondent.

No. 206.  MISSISSIPPI ROAD SUPPLY Co. *v.* WALLING, ADMINISTRATOR.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Pat H. Eager, Jr.* for petitioner.  *Solicitor General Fahy* and *Messrs. Douglas B. Maggs* and *Irving J. Levy* for respondent.